UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-24178-Civ-COOKE/GOODMAN**

JOEL VELEZ, *individually and on behalf
of all others similarly situated*,

    Plaintiff,

vs.

HAYT, HAYT & LANDAU, P.L.,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* under Federal Rule of Civil Procedure 41(a)(1)(A), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)*, ECF No. 15. The Court **DENIES** *as moot* all pending motions and Orders the Clerk to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of June 2019.

*(signature)*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*